**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TIMOTHY S. FRISBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-19-697-D |
| | ) | |
| SAMCO ENTERPRISES, INC., | ) | ADEA/STATE LAW CLAIMS |
| | ) | ARISING IN OKLAHOMA COUNTY |
| Defendant. | ) | JURY TRIAL DEMANDED |

## COMPLAINT

**COMES NOW THE PLAINTIFF,** Timothy S. Frisby, and for his causes of action herein alleges:

## PARTIES

1.    The Plaintiff is Timothy S. Frisby, an adult resident of Oklahoma County, Oklahoma.

2.    The Defendant is SAMCO Enterprises, Inc., and having twenty (20) or more employees such that it is a covered employee under the ADEA and under the ADA.

## JURISDICTION AND VENUE

3.    This is a cause of action for discrimination based on age as prohibited by the ADEA and by state law. Jurisdiction over the federal claims is vested pursuant to 29 U.S.C. 626(c) and 28 U.S.C. § 1331. Jurisdiction over the state law claims under 25 O.S. § 1101, *et seq* under 28 U.S.C. § 1367.

4.    All of the actions complained of occurred in Oklahoma County, Oklahoma, and the Defendant may be served in that county, wherefore, venue is proper in this Court under 28 U.S.C. § 1391(b).

## STATEMENT OF FACTS

5.    Plaintiff is a male who was employed by the Defendant from approximately March 2013, until his wrongful termination on about May 2018. Plaintiff's at the time of termination was Office Manager.

1

6. After Plaintiff was hired, management starting discussions about only hiring younger people and eliminating the older employees. Plaintiff opposed that plan. There was a discussion in which Plaintiff was told by Mr. Colditz not to hire an individual because that individual was too old. During hiring discussions, Plaintiff was told to ask how old an applicant was. The head of the company discussed a plan to remove all older employees from health insurance which Plaintiff also opposed.

7. When Plaintiff was terminated, Plaintiff was replaced by a much younger employee (Luke Scheehan, approx mid-20's).

8. Plaintiff has learned that Defendant claims that a Mr. Priddy was hired to replace him. This is not true. Mr. Priddy was hired after Plaintiff was fired, and he was not doing Plaintiff's job.

9. Defendant claimed that Plaintiff was fired because Plaintiff had exceeded his management authority, however, this is not true. The issue was credit card payments which are handled in Houston, not in Oklahoma City, and Plaintiff did not change the policy.

10. The real reason for Plaintiff's termination was his age (53), and Plaintiff's opposition to age discrimination.

11. As the direct result of Plaintiff's termination, Plaintiff has suffered lost earnings, past, present and future which he is entitled to recover.

12. Because the Defendant acted in willful violation of the prohibitions against age discrimination, liquidated damages should be assessed against Defendant in an amount equal to all lost earnings through the date of trial.

13. Plaintiff filed his charge of discrimination on or about August 2, 2018, which was within 180 days of his wrongful termination.

14. Plaintiff was issued a right to sue letter on or about May 8, 2019, and which was received thereafter. This lawsuit is filed within ninety (90) days of the issuance and receipt of such right to sue letter.

## PRAYER

**WHEREFORE,** Plaintiff prays that he be awarded his actual and liquidated damages herein together with costs, pre- and post-judgment interest and attorney's fees and any other relief as may be appropriate.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF JULY 2019**.

s/Mark Hammons
HAMMONS, HURST, RICHARDS & ASSOCIATES
Mark Hammons OBA No. 3784
325 Dean A. McGee Ave
OKLAHOMA CITY, OK 73102
(405) 235-6100
FAX: (405) 235-6111
amberashby@hammonslaw.com
JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED